AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>BRIAN MARTIN ROBERTS,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 19-mj-6391-BSS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 13, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) | Bank robbery |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas Sotherlund, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 16, 2019

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Barry S. Seltzer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Nicholas Sotherlund, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division. I have received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, my current duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since January 2019 and have been assigned to the Miami Division since May 2019. Prior to my employment as a Special Agent with the FBI, I worked as a Deputy Sheriff from April 2015 to December 2018 where I investigated violations of Florida State Statute.

2. This affidavit is submitted in support of a criminal complaint charging BRIAN MARTIN ROBERTS ("ROBERTS") with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3. I respectfully submit that there is probable cause to believe that on August 13, 2019, ROBERTS did knowingly take, by intimidation, from persons and presence of employees of We Financial Florida Credit Union, located at 2246 Wilton Drive, Wilton Manors, Florida 33305, approximately eleven thousand nine hundred twenty two dollars ($11,922.00) in United States currency belonging to, and in the care custody, control, management, and possession of We Financial Florida Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration Board ~~Association of Credit Unions (NACU)~~. *NA*

4. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and credit union security

personnel involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against ROBERTS for the above-described criminal violation.

## PROBABLE CAUSE

5. On August 13, 2019, at approximately 11:59am, a white male, later identified as BRIAN MARTIN ROBERTS, entered the We Financial Florida Credit Union, located at 2246 Wilton Drive, Wilton Manors, Florida 33305. We Financial Florida Credit Union is a credit union whose deposits were insured by the National Association of Credit Unions (NACU).

6. ROBERTS was wearing a black trash bag and dark sunglasses concealing his face, a grey long sleeve shirt displaying "Calvin Klein," and grey shorts. ROBERTS entered We Financial Florida Credit Union, approached the victim teller, and demanded money. Upon ROBERTS's demand, and out of fear for her safety and the safety of others present in the credit union, the victim teller handed ROBERTS eleven thousand nine hundred twenty two dollars ($11,922.00) in United States currency. ROBERTS grabbed the money from two of the tellers and fled the credit union on foot.

7. The robbery was recorded on the credit union's video security cameras. This footage revealed photos of the subject's physical description and clothing. A canvass of businesses surrounding We Financial Florida Credit Union led to the location of surveillance footage showing ROBERTS fleeing the area of the credit union. In the obtained surveillance video, ROBERTS can be seen fleeing the area of the credit union without the garbage bag covering his face.

8. Residents and motorists described ROBERTS as frantically fleeing the area and offering $300 to motorists for a ride to Broward Boulevard.

9. On August 15, 2019, Fort Lauderdale Police Department responded to the report of a robbery (unrelated). Police officers located ROBERTS in the area of that robbery, and the victim of that robbery identified ROBERTS as the robber. While in the custody of officers with the Fort Lauderdale Police Department, ROBERTS spontaneously stated he did not commit any bank/credit union robberies.

10. ROBERTS was later transported to the Fort Lauderdale Police Department. After being questioned by Fort Lauderdale Police Department personnel regarding the robbery on August 15th, ROBERTS was interviewed by members of the Fort Lauderdale Police Department along with a Special Agent from the Federal Bureau of Investigation. Post-Miranda, ROBERTS admitted to the robbery of the We Florida Financial Credit Union on August 13, 2019. ROBERTS was shown surveillance images from the robbery at We Florida Financial Credit Union, and ROBERTS admitted he was the subject shown on the surveillance images. Agents confirmed that Roberts is depicted in the surveillance images. MA ROBERTS also described in detail how he spent the money he stole from the credit union. ROBERTS further acknowledged that he offered passing motorists $300 to transport him away from the area of the robbery.

## CONCLUSION

11. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that on August 13, 2019, BRIAN MARTIN ROBERTS, knowingly, by means of intimidation, took from the person and presence of an employee of a federally insured credit union approximately $11,922.00 in United States currency belonging to, and in the care, custody, control, management, and possession of

3

We Financial Florida Credit Union, located at 2246 Wilton Drive, Wilton Manors, Florida 33305, in violations of Title 18, United States Code, Section 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

SPECIAL AGENT NICHOLAS SOTHERLUND
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 16th day of August 2019.

HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

4